IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fenty Jr, Desmond George

Printed: 11/13/07

Case Number: 06 B 01804
Judge: Squires, John H
Filed: 2/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 6, 2007
Confirmed: April 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,825.00 |  |
| Secured: |  | 6,521.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 900.00 |
| Trustee Fee: |  | 403.30 |
| Other Funds: |  | 0.00 |
| Totals: | 7,825.00 | 7,825.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,100.00 | 900.00 |
| 2. | Fifth Third Bank | Secured | 9,409.41 | 3,052.05 |
| 3. | Chase Automotive Finance | Secured | 10,261.74 | 3,469.65 |
| 4. | Resurgent Capital Services | Unsecured | 1,767.15 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 1,562.36 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 610.48 | 0.00 |
| 7. | B-Real LLC | Unsecured | 1,614.02 | 0.00 |
| 8. | Maureen Fenty | Priority | | No Claim Filed |
| 9. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 10. | Nations Bank | Unsecured | | No Claim Filed |
| 11. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 12. | Bank One | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,325.16 | $ 7,421.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 101.75 |
| 5% | 106.26 |
| 4.8% | 100.79 |
| 5.4% | 94.50 |
|  | _____ |
|  | $ 403.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fenty Jr, Desmond George | Case Number: 06 B 01804 |
| | Judge: Squires, John H |
| Printed: 11/13/07 | Filed: 2/27/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_